# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 01, 2020**

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Chastain, Kevin Robert | Docket No. | 0980 2:19CR00079-RMP-1 |

### Petition for Action on Conditions of Pretrial Release

      COMES NOW Amber M.K. Andrade, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Kevin Robert Chastain, who was placed under pretrial release supervision by the Honorable U.S. District Judge, Rosanna Malouf Peterson sitting in the Court at Spokane, Washington, on the 18th day of March 2018 under the following conditions:

**Standard Condition #1:** Defendant shall not commit any offense in violation of federal, state or local law. Defendant shall advise the supervising Pretrial Services Officers and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer assigned in the above captioned matter.

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

      RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Kevin Chastain is alleged to have violated standard condition number 1 of his pretrial release supervision by being arrested for two counts of Possession with Intent to Deliver, in violation of RCW 69.50.401 BF.

On March 19, 2020, the conditions of pretrial release supervision were reviewed with Mr. Chastain. Mr. Chastain acknowledged an understanding of the conditions, which included standard condition number 1.

On November 30, 2020, the undersigned officer reviewed Spokane Police Department's (SPD) field case reports relative to Mr. Chastain's arrest on November 29, 2020. According to the reports, the offender sold narcotics to confidential informants in multiple controlled buys supervised by SPD.

According to the SPD arrest report number 2020-20201408, on November 29, 2020, SPD executed a search warrant on the offender's apartment. When he was contacted by law enforcement, Mr. Chastain had approximately $2,250 in cash on his person. The offender admitted there were drugs in his apartment along with $2,600 cash, which he was going to use to "re-up." A search of the offender's residence yielded the following: approximately 36 grams of methamphetamine; approximately 42 grams of heroin; 118 "Mexi-pills," believed to contain fentanyl; 39 suboxone strips; drug paraphernalia; and $2,600 cash in an envelope, as described by Mr. Chastain.

Kevin Chastain was subsequently arrested, charged with two counts of possession with intent to deliver (pending further lab confirmation), and taken to the Spokane County Jail.

**Violation #2:** Kevin Chastain is alleged to have violated standard condition number 9 of his pretrial release supervision on November 29, 2020, by possessing heroin, methamphetamine, suboxone, and pills suspected of containing fentanyl.

On March 19, 2020, the conditions of pretrial release supervision were reviewed with Mr. Chastain. Mr. Chastain acknowledged an understanding of the conditions, which included standard condition number 9.

PS-8
Re: Chastain,, Kevin Robert
December 1, 2020
Page 2

According to the SPD incident/arrest reports this officer was able to review, a search warrant was executed on Mr. Chastain's apartment on November 29, 2020. Law enforcement officers located approximately 36 grams of methamphetamine, approximately 42 grams of heroin, 118 "Mexi-pills," believed to contain fentanyl, and 39 suboxone strips. Various drugs paraphernalia, including a functional drug scale and drug packing were also located.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: December 1, 2020

by  s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Deshuna Malone Peterson* (signature)

Signature of Judicial Officer

12/1/2020

Date