PROB 12C
(6/16)

Report Date: September 29, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 29, 2022

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Kevin Robert Chastain | Case Number: 0980 2:19CR00079-RMP-1 |
| Address of Offender: ▉▉▉▉▉▉▉▉▉▉ Washington 99207 | |
| Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge | |
| Date of Original Sentence: August 13, 2021 | |
| Original Offense: Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1), 924(a)(2) | |
| Original Sentence: Prison - 756 days; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Caitlin Baunsgard | Date Supervision Commenced: August 13, 2021 |
| Defense Attorney: Andrea George | Date Supervision Expires: August 12, 2024 |

### PETITIONING THE COURT

To issue a summons.

On August 25, 2021, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Chastain, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On or about August 7 and 8, 2022, Kevin Chastain allegedly violated special condition number 4 by consuming methamphetamine and fentanyl. |
| | On July 24, 2022, Mr. Chastain notified the undersigned officer that he had been diagnosed with Hepatitis B. The offender was honest that the diagnosis of yet another terminal illness was causing him to feel frustrated and depressed. |

Prob12C
Re: Chastain, Kevin Robert
September 29, 2022
Page 2

On August 8, 2022, this officer conducted an unscheduled home visit at the offender's approved residence in response to the offender's diminished mood. During the visit, the undersigned noted that the offender's behavior was very odd. The female friend located in the apartment with Mr. Chastain was also noted as acting strangely, but she retreated to the bathroom shortly thereafter.

During that home visit, while speaking with the offender in his living room, the undersigned confronted Mr. Chastain about his behavior and suspicions that he had relapsed. The offender admitted to the use of methamphetamine on or about August 7, 2022, and he signed an admission of use form confirming that admission.

On August 10, 2022, the individual under supervision reported to the U.S. Probation Office (USPO) as instructed and was subject to random urinalysis testing. The offender provided a urine sample that was presumptive positive for methamphetamine and fentanyl. Mr. Chastain further admitted to the use of fentanyl on August 7, 2022, and the use of methamphetamine on August 8, 2022. He signed an admission of use confirming that admission.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   09/29/2022

s/Amber M. K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[x]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

9/29/2022
Date