PROB 12C
(6/16)

Report Date: November 2, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 03, 2022

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Kevin Robert Chastain | Case Number: 0980 2:19CR00079-RMP-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99207 | |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: August 13, 2021

Original Offense:    Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1), 924(a)(2)

| | | |
|---|---|---|
| Original Sentence: | Prison - 756 days<br>TSR - 36 days | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: August 13, 2021 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: August 12, 2024 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 9/29/2022.

On August 25, 2021, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Chastain, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On or about September 29, 2022, Kevin Chastain allegedly violated special condition number 4 by consuming methamphetamine and fentanyl.<br><br>On September 30, 2022, this officer was finally able to get in touch with Mr. Chastain after attempts to contact him over the span of a few days were unsuccessful. During that conversation, the offender admitted to the use of methamphetamine and fentanyl, on or about September 29, 2022.  He was subsequently scheduled to meet with this officer on October 3, 2022, and Mr. Chastain confirmed he would be present.<br><br>Additionally, the offender was instructed to report to the U.S. Probation Office by noon on that date, October 3, 2022, to sign an admission of use form.  He was further instructed to |

Prob12C
Re: Chastain, Kevin Robert
November 2, 2022
Page 2

contact Pioneer Human Services (PHS) to schedule a substance abuse assessment.

On October 3, 2022, Mr. Chastain reported to the U.S. Probation Office for his appointment with the undersigned officer as scheduled. The offender acknowledged that his medical issues have been a source of frustration for years, it has caused his focus to waiver at times, leading him to back poor choices despite knowing the potential consequences.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   11/03/2022

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[x]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[x]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Rosanna Malouf Peterson*

Signature of Judicial Officer

11/2/2022

Date