PROB 12C
(6/16)

Report Date: July 21, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 21, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Kevin Robert Chastain | Case Number: 0980 2:19CR00079-RMP-1 |
| Address of Offender: ███████████████, Spokane, Washington 99207 | |
| Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge | |
| Date of Original Sentence: August 13, 2021 | |
| Original Offense: Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1), 924(a)(2) | |
| Original Sentence: Prison - 756 days; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Caitlin A. Baunsgard | Date Supervision Commenced: August 13, 2021 |
| Defense Attorney: Andrea George | Date Supervision Expires: August 12, 2024 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/29/2022, 11/02/2022 and 03/22/2023.

On August 25, 2021, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Chastain, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On or about June 14, 2023, Kevin Chastain allegedly violated special condition number 4, by consuming fentanyl, cocaine, and methamphetamine. |
| | On June 15, 2023, this officer conducted an unscheduled home visit at the offender's approved residence. Upon arrival, Mr. Chastain was located at the residence with a female friend; that woman was the same female who was present in the home on August 8, 2022, when the offender was acting very strange and later admitted to the use of illicit substances. |

Prob12C
Re: Chastain, Kevin Robert
July 21, 2023
Page 2

|   |   |
|---|---|
|   | After entering the apartment, the undersigned noted the female quickly took items off the coffee table in the living room and put them into the rubbish can. There was a jar of marijuana on the coffee table, which Mr. Chastain and his friend advised belonged to her, but it was confiscated as marijuana is prohibited by the conditions of supervision ordered by the Court. |
|   | The assigned probation officer then lifted the lid of the rubbish can to find a straw with one end burnt, which the undersigned knows from training and experience to be related to illicit drug use, and the offender confirmed he had relapsed. Mr. Chastain admitted to the use of fentanyl, cocaine, and methamphetamine on or about June 14, 2023, and he signed an admission of use form confirming that admission. |
| 6 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
|   | **Supporting Evidence**: On or about July 9 and 10, 2023, Kevin Chastain allegedly violated special condition number 4, by consuming fentanyl, cocaine, and methamphetamine. |
|   | On July 14, 2023, the offender reported to the U.S. Probation Office to meet with this officer as scheduled. During that visit, the offender was notified he would be subject to random urinalysis testing, and he readily admitted to drug use. According to Mr. Chastain, he consumed a "party pack" of drugs (to include two fentanyl pills, a 1/2 gram of methamphetamine, and a 1/2 gram of cocaine), on July 9 and 10, 2023; he again signed an admission of use form confirming that admission. |
|   | According to the offender, he was prescribed medication for a liver infection that made him extremely ill, and he subsequently used as a means to cope with the negative side-effects of his medication. |

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/21/2023

s/Amber M. K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

Prob12C
Re: Chastain, Kevin Robert
July 21, 2023
Page 3

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

7/21/2023

Date