PROB 12C
(6/16)

Report Date: August 4, 2023

## United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 04, 2023**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Kevin Robert Chastain | Case Number: 0980 2:19CR00079-RMP-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99207 | |

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: August 13, 2021

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1), 924(a)(2) | | |
| Original Sentence: | Prison - 756 days; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: | August 13, 2021 |
| Defense Attorney: | Andrea George | Date Supervision Expires: | August 12, 2024 |

### PETITIONING THE COURT

To **issue a WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/29/2022, 11/02/2022, 03/22/2023, and 07/21/2023.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Standard Condition #10**: You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers). |
| | **Supporting Evidence**: On August 3, 2023, Kevin Chastain allegedly violated standard condition number 10 by possessing a firearm, which contained five rounds of ammunition in the magazine. |
| | On August 3, 2023, officers with the United States Probation Office (USPO), including the undersigned, made contact with Mr. Chastain at his residence to conduct a search. Upon answering the front door, the offender was asked to step outside, at which time he was detained and it was explained that a search for firearms and drugs would be conducted. |
| | Once his residence was cleared of any third parties, Mr. Chastain was pat-searched for safety purposes. During that search, USPO Corey McCain located a small pistol in the offender's front pant pocket. The pistol, a .380 Ruger, was photographed and made safe by a supervisory probation officer before it was seized and inventoried. The pistol's magazine was found to contain five rounds of ammunition. |

Prob12C
**Re: Chastain, Kevin Robert**
**August 4, 2023**
Page 2

| | | |
|---|---|---|
| 8 | | **Mandatory Condition #2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law. |

<div style="margin-left: 2em;">

**Supporting Evidence**: On August 3, 2023, Kevin Chastain allegedly violated mandatory condition number 2 by possessing a large quantity of fentanyl pills.

On August 3, 2023, officers with the United States Probation Office (USPO), including the undersigned, made contact with Mr. Chastain at his residence to conduct a search. Upon answering the front, the offender was asked to step outside, at which time he was detained and it was explained that a search for firearms and drugs would be conducted.

The offender was asked where the fentanyl was, which he readily informed this officer that "the drugs" were in a black Yeti container on the couch. The undersigned went to the couch and found a black Yeti container on the couch, and the lid was unhinged. Upon pulling back the lid, this officer could see a number of bags; some of the bags had blue pills, while other bags were filled with pink pills. Because the offender stated that the pills contained fentanyl, they were photographed and seized.

During a search of the black Yeti container, additional bags were located containing a white substance. It is suspected that some of the bags contained methamphetamine, and the other bags contained cocaine. As such, those bags were also photographed, seized, and inventoried so they could be sent to a lab for confirmation testing.

</div>

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court **issue a WARRANT**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    08/04/2023

s/Amber M. K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

Prob12C
**Re: Chastain, Kevin Robert**
**August 4, 2023**
Page 3

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Rosanna Malouf Peterson*

Signature of Judicial Officer

8/4/2023

Date